IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Sutton, Kimberly Ann

Printed: 12/23/08

Case Number: 04 B 28175
Judge: Goldgar, A. Benjamin
Filed: 7/29/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: September 9, 2008
Confirmed: October 25, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 13,151.85 |  |
| Secured: |  | 3,860.15 |
| Unsecured: |  | 5,858.71 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,700.00 |
| Trustee Fee: |  | 683.33 |
| Other Funds: |  | 49.66 |
| Totals: | 13,151.85 | 13,151.85 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Peter F Geraci | Administrative | 2,700.00 | 2,700.00 |
| 2. | HSBC Auto Finance | Secured | 3,860.15 | 3,860.15 |
| 3. | Overland Bond & Investment Corp | Unsecured | 16,045.55 | 5,858.71 |
| 4. | Peoples Energy Corp | Unsecured | 37.28 | 0.00 |
| 5. | City Of Chicago Dept Of Revenue | Unsecured | 571.00 | 0.00 |
| 6. | HSBC Auto Finance | Unsecured | 482.48 | 0.00 |
| 7. | Americash Loans, LLC | Unsecured | 26.82 | 0.00 |
| 8. | DeVry Institute of Technology | Unsecured |  | No Claim Filed |
| 9. | Bally Total Fitness | Unsecured |  | No Claim Filed |
|   |   |   | $ 23,723.28 | $ 12,418.86 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 138.86 |
| 4% | 46.00 |
| 3% | 29.58 |
| 5.5% | 180.07 |
| 5% | 46.21 |
| 4.8% | 72.79 |
| 5.4% | 169.82 |
|  | $ 683.33 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Sutton, Kimberly Ann | Case Number:  04 B 28175 |
| | Judge:  Goldgar, A. Benjamin |
| Printed: 12/23/08 | Filed:  7/29/04 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

